AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 1 4 2017

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDRADE, Jose Luis Jr. | ) | Case No. M-17-1259-M |
| YOB 1992 | ) | |
| USA | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/13/2017  in the county of  HIDALGO  in the  SOUTHERN  District of  TEXAS , the defendant violated  Title 21  U. S. C. §  841 (a) 1, 846 , an offense described as follows:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally posses with intent to distribute approximately 27 kilograms of cocaine, a Schedule II controlled substance. |
| 21 USC 846 | Knowingly and intentionally conspire to posses with intent to distribute approximately 27 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

REVIEWED/APPROVED BY: /signature/
AUSA JESSE SALAZAR
14 JULY 2017

☑ Continued on the attached sheet.

/signature/
Complainant's signature

Mario Menchaca, Special Agent/Texas DPS
Printed name and title

Sworn to before me and signed in my presence.

Date: July 14, 2017 8:28 am   /signature/
Judge's signature

City and state:  McAllen, Texas   Peter Ormsby, U.S. Magistrate Judge
Printed name and title

## ATTACHMENT II TO A091, CRIMINAL COMPLAINT, JULY 13, 2017
## DPS CASE 2017I-CID3-50015103

ON JULY 13, 2017 TEXAS DEPARTMENT OF PUBLIC SAFETY CRIMINAL INVESTIGATIONS DIVISION SPECIAL AGENT MARIO MENCHACA RESPONDED TO THE EDINBURG HIGHWAY PATROL OFFICE TO ASSIST TEXAS DEPARTMENT OF PUBLIC SAFETY TROOPER NICOLAS ALVAREZ WITH A FOLLOW UP TO A DRUG INTERDICTION TRAFFIC STOP. SPECIAL AGENT MENCHACA MADE CONTACT WITH TROOPER ALVAREZ WHO ADVISED THAT TROOPER ALVAREZ HAD CONDUCTED A TRAFFIC STOP ON A WHITE 2011 FORD F-250 PICK-UP TEXAS (HLX7757) FOR A TRAFFIC VIOLATION (NO FRONT LICENSE PLATE). TROOPER ALVAREZ IDENTIFIED THE DRIVER AS JOSE LUIS ANDRADE JR. DURING THE INTERVIEW, TROOPER ALVAREZ STATED THAT TROOPER ALVAREZ OBSERVED ANDRADE DISPLAYING SIGNS OF NERVOUSNESS AND NOTICED SEVERAL DISCREPANCIES WITH ANDRADE REASON FOR TRAVEL. TROOPER ALVAREZ REQUESTED AND OBTAINED VERBAL CONSENT TO SEARCH THE PICKUP FROM ANDRADE. DURING A SEARCH OF THE DIESEL TANK LOCATED IN THE BED OF THE F-250, 25 BUNDLES CONTAINING A WHITE POWDERY SUBSTANCE WERE DISCOVERED INSIDE THE DIESEL TANK. THE BUNDLES HAD AN APPROXIMATE WEIGHT OF 59.7 POUNDS OR 27 KILOGRAMS. TROOPER ALVAREZ STATED THAT ANDRADE WAS PLACED UNDER ARREST FOR POSSESSION OF CONTROLLED SUBSTANCE AND PROVIDED ANDRADE WITH HIS MIRANDA WARNINGS. A FIELD TEST WAS CONDUCTED AND SHOWED A POSITIVE ALERT FOR COCAINE.

ANDRADE ALONG WITH THE 25 BUNDLES HAD BEEN TRANSPORTED TO THE EDINBURG HIGHWAY PATROL OFFICE FOR FURTHER INTERVIEW. SPECIAL AGENT MENCHACA ALONG WITH CID SPECIAL AGENT CARL MITCHELL CONDUCTED A POST ARREST DEBRIEF OF ANDRADE. UNDER RIGHTS ADVISEMENT AND WAIVER, ANDRADE ADMITTED THAT AN INDIVIDUAL WAS TO PAY HIM AN UNKNOWN AMOUNT TO TRANSPORT

THE BUNDLES OF NARCOTICS TO A NORTHERN DESTINATION. ANDRADE STATED THAT HE HAD BEEN FOLLOWING THIS INDIVIDUAL AT THE TIME OF THE AFOREMENTIONED TRAFFIC STOP. ACCORDING TO ANDRADE, HE AND THE INDIVIDUAL HAD PLANNED TO TRANSPORT NARCOTICS FROM THE RIO GRANDE VALLEY OF TEXAS TO NORTHERN DESTINATIONS.